PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☑ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA   RENO
Divisional Office

Name and Office of Person
Furnishing Information on
THIS FORM   Glenda Newby
☑ U.S. Atty ☐ Other U.S. Agency
Phone No. (775) 784-5438

Name of Asst.
U.S. Attorney   JAMES E. KELLER
(if assigned)

| PROCEEDING |
|---|

Name of Complainant Agency, or Person (& Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court
(give name of court)

☐ this person/proceeding transferred from another district
per (circle one) FRCrP  20, 21  or  40. Show District

☐ this is a reprosecution of charges
previously dismissed which were
dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant. (Notice of Related
Case must still be filed with the
Clerk.)

☐ prior proceedings or appearance(s)
before U.S. Magistrate Judge
regarding this defendant were
recorded under

SHOW
DOCKET NO.

MAG. JUDGE
CASE  NO.

Place of
offense                    County

CASE NO.   3:19-cr-00026-LRH-CBC

USA  vs.

Defendant   IVY ELLIOTT

Address:

FILED            RECEIVED
ENTERED          SERVED ON
                 COUNSEL/PARTIES OF RECORD

MAY 2 3 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

☐ Interpreter Required   Dialect

Birth
Date _____   ☐ Male   ☐ Alien
                         ☐ Female  (if applicable)

Social Security Number _____

| DEFENDANT |
|---|

Issue:   ☑ Warrant   ☐ Summons

Location Status:

Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
   ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____

☐ FPD   ☐ CJA   ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts  3

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 21 USC §§ 841(a)(1), (b)(1)(C), and 846 | Conspiracy to Possess/Distribute Oxycodone | #1 |
| 4 | 21 USC §§ 841(a)(1), (b)(1)(C), and 846 | Conspiracy to Possess/Distribute Methamphetamine | #2 |
| 4 | 21 USC §§ 841(a)(1), (b)(1)(C) | Distribution of Oxycodone | #11 |
| 4 | 18 USC § 2 | Aiding & Abetting | #11 |