Janice A. Hubbard, Esq.
LAW OFFICE OF JANICE HUBBARD, LLC
State Bar No. 4301
942 University Terrace
Reno, NV 89503
(775) 742-8524
jan@janhubbardlaw.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 3:19-CR-00025-LRH-WGC |
| v. | **STIPULATION AND ORDER TO** |
| IVY ELLIOTT, | **CONTINUE SENTENCING HEARING** |
| Defendant. | (First Request) |

IT IS HEREBY STIPULATED AND AGREED by and through Nicholas A. Trutanich, United States Attorney for the District of Nevada, and Peter Walkingshaw, Assistant United States Attorney, counsel for the United States of America, and Janice A. Hubbard, Esq., counsel for defendant, Ivy Elliott, that the sentencing hearing currently scheduled for to January 14, 2021, be vacated and continued to June 1, 2021 at 1:30 p.m.

   1. The additional time requested by this Stipulation to Continue Sentencing Hearing is reasonable pursuant to Fed.R.Crim.P. Rule 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

   2.  Ms. Elliott is expected to be a witness in the pending trial, which should precede her sentencing.

   3.  Further, the additional time is requested to allow the parties to prepare for the sentencing hearing.

1

4. Defendant is out of custody and agrees with the continuance.

5. All parties agree to the continuance.

6. This Stipulation is made in good faith and with good cause, and not for the purposes of delay.

DATED this 19th day of November, 2020.

NICHOLAS A. TRUTANCIH
United States Attorney

/s/ Peter Walkingshaw                              /s/ Janice A. Hubbard
PETER WALKINGSHAW                                  JANICE A. HUBBARD, ESQ.
Assistant United States Attorney                   Counsel for Defendant

**ORDER**

**IT IS HEREBY ORDERED THAT**, based upon the foregoing Stipulation by the parties, and GOOD CAUSE APPEARING, the sentencing hearing currently scheduled for to January 14, 2021 be vacated and continued to June 1, 2021 at 1:30 p.m.

DATED _____

                                              _____
                                              HON. LARRY R. HICKS
                                              UNITED STATES DISTRICT JUDGE