UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>IVY ELLIOTT,<br><br>    Defendant.<br>_____/ | Case No. 3:19-CR-00026-LRH-WGC<br><br>**ORDER APPROVING:**<br>**STIPULATION AND ORDER TO**<br>**CONTINUE SENTENCING HEARING**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and through Nicholas A. Trutanich, United States Attorney for the District of Nevada, and Peter Walkingshaw, Assistant United States Attorney, counsel for the United States of America, and Janice A. Hubbard, Esq., counsel for defendant, Ivy Elliott, that the sentencing hearing currently scheduled for to January 14, 2021, be vacated and continued to June 1, 2021 at 1:30 p.m.

    1. The additional time requested by this Stipulation to Continue Sentencing Hearing is reasonable pursuant to Fed.R.Crim.P. Rule 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

    2.  Ms. Elliott is expected to be a witness in the pending trial, which should precede her sentencing.

    3.  Further, the additional time is requested to allow the parties to prepare for the sentencing hearing.

1

4. Defendant is out of custody and agrees with the continuance.

5. All parties agree to the continuance.

6. This Stipulation is made in good faith and with good cause, and not for the purposes of delay.

DATED this 19th day of November, 2020.

NICHOLAS A. TRUTANCIH
United States Attorney

/s/ Peter Walkingshaw         /s/ Janice A. Hubbard
PETER WALKINGSHAW        JANICE A. HUBBARD, ESQ.
Assistant United States Attorney        Counsel for Defendant

**ORDER**

**IT IS HEREBY ORDERED THAT**, based upon the foregoing Stipulation by the parties, and GOOD CAUSE APPEARING, the sentencing hearing currently scheduled for to January 14, 2021 be vacated and continued to June 1, 2021 at 1:30 p.m.

DATED: November 30, 2020.

_____
HON. LARRY R. HICKS
UNITED STATES DISTRICT JUDGE