# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

IVY ELLIOTT,

    Defendant.
_____/

Case No. 3:19-CR-00026-LRH-WGC

**ORDER APPROVING** STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING

(Third Request)

IT IS HEREBY STIPULATED AND AGREED by and through Christopher Chiou, Acting United States Attorney for the District of Nevada, and Megan Rachow, Assistant United States Attorney, counsel for the United States of America, and Janice A. Hubbard, Esq., counsel for defendant, Ivy Elliott, that the sentencing hearing currently scheduled for to August 24, 2021, be vacated and continued to September 2, 2021 at 11:00 a.m.

1. The additional time requested by this Stipulation to Continue Sentencing Hearing is reasonable pursuant to Fed.R.Crim.P. Rule 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

2. A conflict has arisen in defense counsel's calendar which will make her unavailable that week. In addition, Ms. Elliott may be a witness in the pending trial, which should precede her sentencing.

1

3. Further, the additional time is requested to allow the parties to prepare for the sentencing hearing.

4. Defendant is out of custody and agrees with the continuance.

5. All parties agree to the continuance.

6. This Stipulation is made in good faith and with good cause, and not for the purposes of delay.

DATED this 28th day of June, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Megan Rachow
MEGAN RACHOW
Assistant United States Attorney

/s/ Janice A. Hubbard
JANICE A. HUBBARD, ESQ.
Counsel for Ivy Elliott

**ORDER**

**IT IS HEREBY ORDERED THAT**, based upon the foregoing Stipulation by the parties, and GOOD CAUSE APPEARING, the sentencing hearing currently scheduled for to August 24, 2021 be vacated and continued to September 2, 2021 at 11:00 a.m.

DATED 6/29/2021

_____
HON. LARRY R. HICKS
UNITED STATES DISTRICT JUDGE