# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br>v.<br><br>IVY ELLIOTT,<br><br>　　　Defendant.<br>_____/ | Case No. 3:19-CR-00026-LRH-WGC<br><br>**ORDER TO CONTINUE SENTENCING HEARING**<br><br>(Fourth Request) |

　　　IT IS HEREBY STIPULATED AND AGREED by and through Christopher Chiou, Acting United States Attorney for the District of Nevada, and Peter Levitt, Assistant United States Attorney, counsel for the United States of America, and Janice A. Hubbard, Esq., counsel for defendant, Ivy Elliott, that the sentencing hearing currently scheduled for to September 2, 2021, be vacated and continued to November 18, 2021 at 11:00 a.m.

　　　1. The additional time requested by this Stipulation to Continue Sentencing Hearing is reasonable pursuant to Fed.R.Crim.P. Rule 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

　　　2.  A conflict has arisen in defense counsel's calendar which will make her unavailable.  In addition, Ms. Elliott may be a witness in the pending trial, which should precede her sentencing.

　　　3.  Further, the additional time is requested to allow the parties to prepare for the sentencing hearing.

1

4. Defendant is out of custody and agrees with the continuance. Ms. Elliott will stay in intensive outpatient care, she is under a doctor's care for her depression and her medication is being monitored, she has obtained employment and she is enrolled at UNR working on her social worker's degree.

5. All parties agree to the continuance.

6. This Stipulation is made in good faith and with good cause, and not for the purposes of delay.

DATED this 13th day of August, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

| | |
|---|---|
| */s/ Peter Levitt* | */s/ Janice A. Hubbard* |
| PETER LEVITT | JANICE A. HUBBARD, ESQ. |
| Assistant United States Attorney | Counsel for Ivy Elliott |

**ORDER**

**IT IS HEREBY ORDERED THAT**, based upon the foregoing Stipulation by the parties, and GOOD CAUSE APPEARING, the sentencing hearing currently scheduled for September 2, 2021 be vacated and continued to November 18, 2021 at 11:00 a.m.

DATED   August 13, 2021
_____

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2